1  SO. CAL EQUAL ACCESS GROUP
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   Kevin Hong (SBN 299040)
3  101 S. Western Avenue, Second Floor
   Los Angeles, CA  90004
4  Telephone: (213) 252-8008
   Facsimile: (213) 252-8009
5  cm@SoCalEAG.com

6  Attorney for Plaintiff,
   MARIA GARCIA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GARCIA,<br><br>           Plaintiff,<br><br>      vs.<br><br>HEAD SPACE BARBER COLLECTIVE; M4 LEGACY, LLC; and DOES 1 to 10,<br><br>           Defendants. | Case No.: 2:24-cv-1518 RGK (SSCx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff MARIA GARCIA ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

> (1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

NOTICE OF VOLUNTARY DISMISSAL

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Additionally, in light of recent settlement, Plaintiff requests the Court to retain jurisdiction for Plaintiff to dismiss the entire action <u>with</u> prejudice for thirty (30) days up until May 11, 2024.

DATED: April 11, 2024        SO. CAL EQUAL ACCESS GROUP

_/s/ Jason J. Kim_
JASON J. KIM
Attorney for Plaintiff