JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GARCIA,<br><br>    Plaintiff,<br><br>    vs.<br><br>HEAD SPACE BARBER COLLECTIVE; M4 LEGACY, LLC; and DOES 1 to 10,<br><br>    Defendants. | Case No.: 2:24-cv-1518 RGK (SSCx)<br><br>[PROPOSED] ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION<br><br>[13] |

Based on the request from Plaintiff and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice with the Court to retain jurisdiction up until May 11, 2024.

SO ORDERED.

DATED: 4/12/2024

_____
R. Gary Klausner
United States District Court Judge

[PROPOSED] ORDER